IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRAIN M. CASEY,

    Plaintiff,

v.                                                                                        4:22cv121–WS/MJF

FLORIDA STATE DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed March 25, 2022. The magistrate judge recommends that the plaintiff's case be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). The plaintiff has filed objections (ECF No. 5) to the magistrate judge's report and recommendation.

    As did the magistrate judge, the undersigned finds that the plaintiff—whose complaint fails to make a colorable showing that he is in imminent danger of serious physical injury—is barred under § 1915(g) from proceeding in forma

pauperis in this case.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE to the plaintiff's initiating a new cause of action accompanied by the $402.00 filing fee.

3. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

4. The plaintiff's motion (ECF No. 2) for leave to proceed in forma pauperis is DENIED.

DONE AND ORDERED this   26th   day of   April  , 2022.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE